DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFFREY SAPP,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3610

[February 22, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 99-022825CF10A.

Jeffrey Sapp, Florida City, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and FORST, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***